97 A.3d 335

Terrance HOLMES, Petitioner

v.

Honorable Chris WOGAN and Seth Williams,
District Attorney, Respondents.

No. 55 EM 2014.

Supreme Court of Pennsylvania.

July 25, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 25th day of July, 2014, the Petition for Writ of Mandamus is **DENIED.** The Prothonotary is directed to strike the name of the jurist from the caption.

97 A.3d 336

David BROWN, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA
COUNTY, Respondent.

No. 59 EM 2014.

Supreme Court of Pennsylvania.

July 25, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 25th day of July, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**